UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN COWART** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-939-JWD-RLB** |
| **OCCIDENTAL CHEMICAL CORPORATION, ET AL.** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated June 4, 2025 (Doc. 16), to which no objection was filed;

**IT IS ORDERED** that Plaintiff's Motion to Remand **(Doc. 8)** is **DENIED.**

**IT IS FURTHER ORDERED** that Bryan Moore, William Pearce, Michael Scholle, and Nomeriano Cruz are **DISMISSED.**

Signed in Baton Rouge, Louisiana, on June 20, 2025.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**